# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>v.<br><br>MICHAEL S. ELKINS,<br><br>    Defendant,<br>and<br><br>SUMMIT CREDIT UNION,<br><br>    Garnishee-Defendant. | Case No. 97-CR-55-JPS<br><br><br><br>**ORDER** |

On February 21, 2017, the plaintiff filed a motion for entry of an order of garnishment. (Docket #190). In accordance with the representations made therein, and pursuant to Title 28, United States Code, Section 3205(c)(7), the Court will grant the motion.

Accordingly,

**IT IS ORDERED** that the plaintiff's motion for entry of an order of garnishment (Docket #190) be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the garnishee-defendant shall pay to plaintiff the frozen sum of Five Thousand One Hundred Eighty-Four and 79/100 ($5,184.79) from the accounts currently held by the defendant with the garnishee-defendant. Payments shall be made payable to the "Clerk, U.S. District Court" with the defendant's case number on the draft and sent to the Clerk, U.S. District Court, 362 Federal Building, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202-4580.

Dated at Milwaukee, Wisconsin, this 22nd day of February, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge